# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Steven Flores**                               **BK NO. 24-01338 HWV**
       **Maria L. Flores**

                          **Debtor(s)**                          **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                   Respectfully submitted,

                                           /s/ *Denise Carlon*
                                           PA Middle BK
                                           06 Jun 2024, 17:34:40, EDT

                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA  19106
                                           215-627-1322