

| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | STEVEN FLORES | | **Pay Date:** | 2/23/2024 | |
| **Employee #:** | 5937 | | **Pay Period:** | 2/4/2024 - 2/17/2024 | |
| **Employee Address:** | 145 LANCASTER BLVD | | **Deposit Advice #:** | 735377166 | |
| | MECHANICSBURG, PA  17055 | | **Pay Frequency:** | Bi-Weekly | |
| **Department:** | Marketing | | **Federal Filing Status:** | Single | |
| **Job Title:** | Digital Marketing Coordinator | | **Federal Exemptions:** | 0/$0.00 | |
| **Pay Type:** | Salary | | **Local Exemptions:** | 0 (Lower Allen) | |
| **Division:** | Corporate Division | | **State Filing Status:** | Single (PA) | |
| **Site:** | Westport | | **State Exemptions:** | 0 (PA) | |

**Employer Name:** West Shore Home LLC
**Employer Address:** 3 Crossgate Drive
Mechanicsburg, PA  17050

| | Current 2/4/2024 - 2/17/2024 | | | YTD As of 2/17/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.00** | | **$2,788.46** | **320.00** | **$11,153.84** |
| Regular | 72.00 | | $2,509.61 | 296.00 | $10,317.30 |
| Holiday | | | | 16.00 | $557.69 |
| PTO - Salary | 8.00 | | $278.85 | 8.00 | $278.85 |
| **Memo Information** | | | **$69.71** | | **$278.84** |
| 401K ER Match | | | $69.71 | | $278.84 |
| **Pre-Tax Deductions** | | | **$400.63** | | **$1,530.80** |
| Capital Blue PPO 3000 | | | $194.00 | | $705.61 |
| Dental | | | $13.53 | | $52.79 |
| Vision | | | $2.17 | | $8.68 |
| Accident Insurance | | | $3.42 | | $13.68 |
| Critical Illness | | | $9.14 | | $36.56 |
| Critical Illness - Spouse | | | $9.14 | | $36.56 |
| Health Savings Account (Family) | | | $57.69 | | $230.76 |
| 401K EE - % | | | $111.54 | | $446.16 |
| **Taxes** | | | **$594.90** | | **$2,404.19** |
| Fed W/H | | | $284.28 | | $1,152.90 |
| FICA EE | | | $154.96 | | $624.29 |
| Fed MWT EE | | | $36.24 | | $146.00 |
| PA W/H | | | $76.73 | | $309.12 |
| PA UT EE | | | $1.95 | | $7.81 |
| LAlnTwpW/H | | | $38.74 | | $156.07 |
| LAlnTwpLST | | | $2.00 | | $8.00 |
| **Post-Tax Deductions** | | | **$124.81** | | **$503.90** |
| Long-Term Disability | | | $7.23 | | $31.68 |
| Short-Term Disability | | | $17.10 | | $66.57 |
| Identity Theft Insurance | | | | | $3.73 |
| Life/AD&D | | | $12.67 | | $50.68 |
| 401K Loan Payback | | | $87.81 | | $351.24 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,668.12** | | **$6,714.95** |
| Direct Deposit | 031301846 | XXXXX1743 | $1,668.12 | | |

| **Accruals & Balances** | |
|---|---|
| Float - Hours Balance: | 16.00 Hours |
| Responsible PTO Balance: | -8.00 Hours |



| | Employee Name: | STEVEN FLORES | Pay Date: | 3/8/2024 |
| --- | --- | --- | --- | --- |
| | Employee #: | 5937 | Pay Period: | 2/18/2024 - 3/2/2024 |
| | Employee Address: | 145 LANCASTER BLVD MECHANICSBURG, PA 17055 | Deposit Advice #: | 741515545 |
| | | | Pay Frequency: | Bi-Weekly |
| | Department: | Marketing | Federal Filing Status: | Single |
| | Job Title: | Digital Marketing Coordinator | Federal Exemptions: | 0/$0.00 |
| Employer Name: West Shore Home LLC | Pay Type: | Salary | Local Exemptions: | 0 (Lower Allen) |
| Employer Address: 3 Crossgate Drive Mechanicsburg, PA 17050 | Division: | Corporate Division | State Filing Status: | Single (PA) |
| | Site: | Westport | State Exemptions: | 0 (PA) |

| | Current 2/18/2024 - 3/2/2024 | | | YTD As of 3/2/2024 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.00** | | **$2,788.46** | **400.00** | **$13,942.30** |
| Regular | 80.00 | | $2,788.46 | 376.00 | $13,105.76 |
| Holiday | | | | 16.00 | $557.69 |
| PTO - Salary | | | | 8.00 | $278.85 |
| **Memo Information** | | | **$69.71** | | **$348.55** |
| 401K ER Match | | | $69.71 | | $348.55 |
| **Pre-Tax Deductions** | | | **$400.63** | | **$1,931.43** |
| Capital Blue PPO 3000 | | | $194.00 | | $899.61 |
| Dental | | | $13.53 | | $66.32 |
| Vision | | | $2.17 | | $10.85 |
| Accident Insurance | | | $3.42 | | $17.10 |
| Critical Illness | | | $9.14 | | $45.70 |
| Critical Illness - Spouse | | | $9.14 | | $45.70 |
| Health Savings Account (Family) | | | $57.69 | | $288.45 |
| 401K EE - % | | | $111.54 | | $557.70 |
| **Taxes** | | | **$594.90** | | **$2,999.09** |
| Fed W/H | | | $284.28 | | $1,437.18 |
| FICA EE | | | $154.96 | | $779.25 |
| Fed MWT EE | | | $36.24 | | $182.24 |
| PA W/H | | | $76.73 | | $385.85 |
| PA UT EE | | | $1.95 | | $9.76 |
| LAlnTwpW/H | | | $38.74 | | $194.81 |
| LAlnTwpLST | | | $2.00 | | $10.00 |
| **Post-Tax Deductions** | | | **$124.81** | | **$628.71** |
| Long-Term Disability | | | $7.23 | | $38.91 |
| Short-Term Disability | | | $17.10 | | $83.67 |
| Identity Theft Insurance | | | | | $3.73 |
| Life/AD&D | | | $12.67 | | $63.35 |
| 401K Loan Payback | | | $87.81 | | $439.05 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,668.12** | | **$8,383.07** |
| Direct Deposit | 031301846 | XXXXX1743 | $1,668.12 | | |

| **Accruals & Balances** | |
| --- | --- |
| Float - Hours Balance: | 16.00 Hours |
| Responsible PTO Balance: | -8.00 Hours |



| | Employee Name: | STEVEN FLORES | Pay Date: | 3/22/2024 |
|---|---|---|---|---|
| | Employee #: | 5937 | Pay Period: | 3/3/2024 - 3/16/2024 |
| | Employee Address: | 145 LANCASTER BLVD | Deposit Advice #: | 747590998 |
| | | MECHANICSBURG, PA 17055 | Pay Frequency: | Bi-Weekly |
| | Department: | Marketing | Federal Filing Status: | Single |
| | Job Title: | Digital Marketing Coordinator | Federal Exemptions: | 0/$0.00 |
| Employer Name: | West Shore Home LLC | Pay Type: | Salary | Local Exemptions: | 0 (Lower Allen) |
| Employer Address: | 3 Crossgate Drive | Division: | Corporate Division | State Filing Status: | Single (PA) |
| | Mechanicsburg, PA 17050 | Site: | Westport | State Exemptions: | 0 (PA) |

| | Current 3/3/2024 - 3/16/2024 | | | YTD As of 3/16/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $2,788.46 | 480.00 | $16,730.76 |
| Regular | 76.00 | | $2,649.04 | 452.00 | $15,754.80 |
| Holiday | | | | 16.00 | $557.69 |
| PTO - Salary | 4.00 | | $139.42 | 12.00 | $418.27 |
| **Memo Information** | | | $69.71 | | $418.26 |
| 401K ER Match | | | $69.71 | | $418.26 |
| **Pre-Tax Deductions** | | | $400.63 | | $2,332.06 |
| Capital Blue PPO 3000 | | | $194.00 | | $1,093.61 |
| Dental | | | $13.53 | | $79.85 |
| Vision | | | $2.17 | | $13.02 |
| Accident Insurance | | | $3.42 | | $20.52 |
| Critical Illness | | | $9.14 | | $54.84 |
| Critical Illness - Spouse | | | $9.14 | | $54.84 |
| Health Savings Account (Family) | | | $57.69 | | $346.14 |
| 401K EE - % | | | $111.54 | | $669.24 |
| **Taxes** | | | $594.91 | | $3,594.00 |
| Fed W/H | | | $284.28 | | $1,721.46 |
| FICA EE | | | $154.96 | | $934.21 |
| Fed MWT EE | | | $36.25 | | $218.49 |
| PA W/H | | | $76.73 | | $462.58 |
| PA UT EE | | | $1.95 | | $11.71 |
| LAlnTwpW/H | | | $38.74 | | $233.55 |
| LAlnTwpLST | | | $2.00 | | $12.00 |
| **Post-Tax Deductions** | | | $124.81 | | $753.52 |
| Long-Term Disability | | | $7.23 | | $46.14 |
| Short-Term Disability | | | $17.10 | | $100.77 |
| Identity Theft Insurance | | | | | $3.73 |
| Life/AD&D | | | $12.67 | | $76.02 |
| 401K Loan Payback | | | $87.81 | | $526.86 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,668.11 | | $10,051.18 |
| Direct Deposit | 031301846 | XXXXX1743 | $1,668.11 | | |

| **Accruals & Balances** | |
|---|---|
| Float - Hours Balance: | 16.00 Hours |
| Responsible PTO Balance: | -12.00 Hours |



| Employee Name: | STEVEN FLORES | Pay Date: | 4/5/2024 |
|---|---|---|---|
| Employee #: | 5937 | Pay Period: | 3/17/2024 - 3/30/2024 |
| Employee Address: | 145 LANCASTER BLVD<br>MECHANICSBURG, PA  17055 | Deposit Advice #:<br>Pay Frequency: | 754648134<br>Bi-Weekly |
| Department: | Marketing | Federal Filing Status: | Single |
| Job Title: | Digital Marketing Coordinator | Federal Exemptions: | 0/$0.00 |
| Pay Type: | Salary | Local Exemptions: | 0 (Lower Allen) |
| Division: | Corporate Division | State Filing Status: | Single (PA) |
| Site: | Westport | State Exemptions: | 0 (PA) |

**Employer Name:** West Shore Home LLC
**Employer Address:** 3 Crossgate Drive
Mechanicsburg, PA  17050

|  | Current<br>3/17/2024 - 3/30/2024 | | | YTD<br>As of 3/30/2024 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.00** |  | **$2,788.46** | **560.00** | **$19,519.22** |
| Regular | 80.00 |  | $2,788.46 | 532.00 | $18,543.26 |
| Holiday |  |  |  | 16.00 | $557.69 |
| PTO - Salary |  |  |  | 12.00 | $418.27 |
| **Memo Information** |  |  | **$319.71** |  | **$737.97** |
| Employer Paid HSA |  |  | $250.00 |  | $250.00 |
| 401K ER Match |  |  | $69.71 |  | $487.97 |
| **Pre-Tax Deductions** |  |  | **$400.63** |  | **$2,732.69** |
| Capital Blue PPO 3000 |  |  | $194.00 |  | $1,287.61 |
| Dental |  |  | $13.53 |  | $93.38 |
| Vision |  |  | $2.17 |  | $15.19 |
| Accident Insurance |  |  | $3.42 |  | $23.94 |
| Critical Illness |  |  | $9.14 |  | $63.98 |
| Critical Illness - Spouse |  |  | $9.14 |  | $63.98 |
| Health Savings Account (Family) |  |  | $57.69 |  | $403.83 |
| 401K EE - % |  |  | $111.54 |  | $780.78 |
| **Taxes** |  |  | **$594.90** |  | **$4,188.90** |
| Fed W/H |  |  | $284.28 |  | $2,005.74 |
| FICA EE |  |  | $154.96 |  | $1,089.17 |
| Fed MWT EE |  |  | $36.24 |  | $254.73 |
| PA W/H |  |  | $76.73 |  | $539.31 |
| PA UT EE |  |  | $1.95 |  | $13.66 |
| LAlnTwpW/H |  |  | $38.74 |  | $272.29 |
| LAlnTwpLST |  |  | $2.00 |  | $14.00 |
| **Post-Tax Deductions** |  |  | **$124.81** |  | **$878.33** |
| Long-Term Disability |  |  | $7.23 |  | $53.37 |
| Short-Term Disability |  |  | $17.10 |  | $117.87 |
| Identity Theft Insurance |  |  |  |  | $3.73 |
| Life/AD&D |  |  | $12.67 |  | $88.69 |
| 401K Loan Payback |  |  | $87.81 |  | $614.67 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | **$1,668.12** |  | **$11,719.30** |
| Direct Deposit | 031301846 | XXXXX1743 | $1,668.12 |  |  |

**Accruals & Balances**
Float - Hours Balance:          16.00 Hours
Responsible PTO Balance:    -12.00 Hours



| | Employee Name: | STEVEN FLORES | Pay Date: | 4/19/2024 |
|---|---|---|---|---|
| | Employee #: | 5937 | Pay Period: | 3/31/2024 - 4/13/2024 |
| | Employee Address: | 145 LANCASTER BLVD | Deposit Advice #: | 760738793 |
| | | MECHANICSBURG, PA  17055 | Pay Frequency: | Bi-Weekly |
| | Department: | Marketing | Federal Filing Status: | Single |
| | Job Title: | Digital Marketing Coordinator | Federal Exemptions: | 0/$0.00 |
| Employer Name: | West Shore Home LLC | Pay Type: | Salary | Local Exemptions: | 0 (Lower Allen) |
| | Division: | Corporate Division | State Filing Status: | Single (PA) |
| Employer Address: | 3 Crossgate Drive | Site: | Westport | State Exemptions: | 0 (PA) |
| | Mechanicsburg, PA  17050 | | | |

| | Current 3/31/2024 - 4/13/2024 | | | YTD As of 4/13/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.00** | | **$2,788.46** | **640.00** | **$22,307.68** |
| Regular | 80.00 | | $2,788.46 | 612.00 | $21,331.72 |
| Holiday | | | | 16.00 | $557.69 |
| PTO - Salary | | | | 12.00 | $418.27 |
| **Memo Information** | | | **$69.71** | | **$807.68** |
| Employer Paid HSA | | | | | $250.00 |
| 401K ER Match | | | $69.71 | | $557.68 |
| **Pre-Tax Deductions** | | | **$400.63** | | **$3,133.32** |
| Capital Blue PPO 3000 | | | $194.00 | | $1,481.61 |
| Dental | | | $13.53 | | $106.91 |
| Vision | | | $2.17 | | $17.36 |
| Accident Insurance | | | $3.42 | | $27.36 |
| Critical Illness | | | $9.14 | | $73.12 |
| Critical Illness - Spouse | | | $9.14 | | $73.12 |
| Health Savings Account (Family) | | | $57.69 | | $461.52 |
| 401K EE - % | | | $111.54 | | $892.32 |
| **Taxes** | | | **$594.90** | | **$4,783.80** |
| Fed W/H | | | $284.28 | | $2,290.02 |
| FICA EE | | | $154.96 | | $1,244.13 |
| Fed MWT EE | | | $36.24 | | $290.97 |
| PA W/H | | | $76.73 | | $616.04 |
| PA UT EE | | | $1.95 | | $15.61 |
| LAlnTwpW/H | | | $38.74 | | $311.03 |
| LAlnTwpLST | | | $2.00 | | $16.00 |
| **Post-Tax Deductions** | | | **$124.81** | | **$1,003.14** |
| Long-Term Disability | | | $7.23 | | $60.60 |
| Short-Term Disability | | | $17.10 | | $134.97 |
| Identity Theft Insurance | | | | | $3.73 |
| Life/AD&D | | | $12.67 | | $101.36 |
| 401K Loan Payback | | | $87.81 | | $702.48 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,668.12** | | **$13,387.42** |
| Direct Deposit | 031301846 | XXXXX1743 | $1,668.12 | | |

**Accruals & Balances**
Float - Hours Balance:      16.00 Hours
Responsible PTO Balance:   -12.00 Hours