# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Maria Luz Flores                       |Personnel Number..... 00723907       |
|145 Lancaster Blvd                     |Corrections                          |
|Mechanicsburg PA  17055                |Pay Period.. 02/04/2024 - 02/17/2024 |
|                                       |Fed Tax Status: Single               |
|                                       |Fed Tax Allowances: 03   Period: 05/2024 |
|B/U:H1     Group:35    Level:IE        |                                     |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/2024 | 1,797.71 | = | 2,725.75 | + | 0.00 | - | 505.06 | - | 422.98 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.95 | 48.00 | 1,533.60 | 9,840.60 |
| COVID-19 Enfrcmnt Officer | | | | 511.20 |
| Combined Leave prschd | 31.95 | 24.00 | 766.80 | 1,533.60 |
| Holiday/Comp lieu Holiday | 31.95 | 8.00 | 255.60 | 766.80 |
| OT 1.5 | | | | 23.01 |
| OT 1.5-Mandated | | | | 47.93 |
| WalkTime 1.5-Mandated | 47.93 | 2.39 | 114.55 | 678.21 |
| Hol .50-Mandated | | | | 127.84 |
| SDiff 1.0-Mandated | 1.15 | 48.00 | 55.20 | 354.20 |
| Leave w/out Pay-AbsenceAp | | | | |
| Total Gross | | | 2,725.75 | 13,883.39 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 188.84 | 949.59 |
| TX EE Social Security Tax | 157.81 | 805.73 |
| TX EE Medicare Tax | 36.91 | 188.44 |
| State            Pennsylvania | | |
| TX Withholding Tax | 78.14 | 383.28 |
| TX EE Unemployment Tax | 1.91 | 9.36 |
| Local            Lower Allen Twp (Wst Shore SD) | | |
| TX Withholding Tax | 39.45 | 193.51 |
| TX Local Services Tax | 2.00 | 10.00 |
| EE Taxes | 505.06 | 2,539.91 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 127.80 | 639.00 |
| MED Buy Up/Base Cost | 52.65 | 248.77 |
| SECA One Time Deduction | | 1.00 |
| Critical Illness Ins | 20.35 | 101.87 |
| PSCOA - Union Dues | 31.95 | 158.15 |
| Emp Supp Life-PSCOA | 19.87 | 99.35 |
| Full Cov Cls A3/Cat 1,6,8 | 170.36 | 835.77 |
| Full  A3/Cat 1,6,8-PostTx | | 31.95 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Total Deductions | 422.98 | 2,115.86 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,797.71 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 157.81 |
| TX ER Medicare Tax | 36.91 |
| ER Basic Life | 4.70 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 66.78 |
| PR Choice PPO | 590.00 |
| ER-SERS | 846.35 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,374.94 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Maria Luz Flores                         |Personnel Number..... 00723907           |
|145 Lancaster Blvd                       |Corrections                              |
|Mechanicsburg PA   17055                 |Pay Period.. 02/04/2024 - 02/17/2024     |
|                                         |Fed Tax Status:                          |
|                                         |Fed Tax Allowances:       Period: 05/2024|
|B/U:H1     Group:35     Level:IE         |                                         |
|_____|_____|
| Pay Date        Payment Amount =      Gross      +       Reim.   -      Taxes   -      Deds.  |
| 03/01/2024          1,797.71      =  2,725.75    +        0.00   -     505.06   -     422.98  |
|_____|
```

|Payroll Area      Z1                                                                            |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Maria Luz Flores                        |Personnel Number..... 00723907          |
|145 Lancaster Blvd                      |Corrections                             |
|Mechanicsburg PA   17055                |Pay Period.. 02/18/2024 - 03/02/2024    |
|                                        |Fed Tax Status: Single                  |
|                                        |Fed Tax Allowances: 03   Period: 06/2024|
|B/U:H1     Group:35     Level:IE        |                                        |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 03/15/2024 | 1,957.18 | = | 2,960.85 | + | 0.00 | - | 566.00 | - | 437.67 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.95 | 80.00 | 2,556.00 | 12,396.60 |
| COVID-19 Enfrcmnt Officer | | | | 511.20 |
| Combined Leave prschd | | | | 1,533.60 |
| Holiday/Comp lieu Holiday | | | | 766.80 |
| OT 1.5 | | | | 23.01 |
| OT 1.5-Mandated | | | | 47.93 |
| WalkTime 1.5-Mandated | 47.93 | 3.86 | 185.01 | 863.22 |
| Hol .50-Mandated | 15.98 | 8.00 | 127.84 | 255.68 |
| SDiff 1.0-Mandated | 1.15 | 80.00 | 92.00 | 446.20 |
| Leave w/out Pay-AbsenceAp | | | | |
| Total Gross | | | 2,960.85 | 16,844.24 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 220.78 | 1,170.37 |
| TX EE Social Security Tax | 172.38 | 978.11 |
| TX EE Medicare Tax | 40.31 | 228.75 |
| State            Pennsylvania | | |
| TX Withholding Tax | 85.36 | 468.64 |
| TX EE Unemployment Tax | 2.07 | 11.43 |
| Local            Lower Allen Twp (Wst Shore SD) | | |
| TX Withholding Tax | 43.10 | 236.61 |
| TX Local Services Tax | 2.00 | 12.00 |
| EE Taxes | 566.00 | 3,105.91 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 127.80 | 766.80 |
| MED Buy Up/Base Cost | 52.65 | 301.42 |
| SECA One Time Deduction | | 1.00 |
| Critical Illness Ins | 20.35 | 122.22 |
| PSCOA - Union Dues | 31.95 | 190.10 |
| Emp Supp Life-PSCOA | 19.87 | 119.22 |
| Full Cov Cls A3/Cat 1,6,8 | 185.05 | 1,020.82 |
| Full  A3/Cat 1,6,8-PostTx | | 31.95 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Total Deductions | 437.67 | 2,553.53 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,957.18 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 172.38 |
| TX ER Medicare Tax | 40.31 |
| ER Basic Life | 4.70 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 72.54 |
| PR Choice PPO | 590.00 |
| ER-SERS | 919.34 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,595.35 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Maria Luz Flores                    |Personnel Number..... 00723907           |
|145 Lancaster Blvd                  |Corrections                              |
|Mechanicsburg PA   17055            |Pay Period.. 02/18/2024 - 03/02/2024     |
|                                    |Fed Tax Status:                          |
|                                    |Fed Tax Allowances:       Period: 06/2024|
|B/U:H1    Group:35    Level:IE      |                                         |
|_____|_____|
| Pay Date       Payment Amount =      Gross     +      Reim.    -      Taxes    -      Deds. |
| 03/15/2024         1,957.18    =   2,960.85    +       0.00    -     566.00    -     437.67 |
|_____|
|_____|
|_____|

|Payroll Area      Z1                                                                         |
|_____|
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Maria Luz Flores                          |Personnel Number..... 00723907       |
|145 Lancaster Blvd                        |Corrections                          |
|Mechanicsburg PA   17055                  |Pay Period.. 03/03/2024 - 03/16/2024 |
|                                          |Fed Tax Status: Single               |
|                                          |Fed Tax Allowances: 03   Period: 07/2024 |
|B/U:H1      Group:35     Level:IE         |                                     |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 03/28/2024 | 1,815.73 | = | 2,751.44 | + | 0.00 | - | 511.12 | - | 424.59 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.95 | 62.00 | 1,980.90 | 14,377.50 |
| COVID-19 Enfrcmnt Officer | | | | 511.20 |
| Combined Leave prschd | 31.95 | 10.00 | 319.50 | 1,853.10 |
| Holiday/Comp lieu Holiday | 31.95 | 8.00 | 255.60 | 1,022.40 |
| OT 1.5 | | | | 23.01 |
| OT 1.5-Mandated | | | | 47.93 |
| WalkTime 1.5-Mandated | 47.93 | 2.59 | 124.14 | 987.36 |
| Hol .50-Mandated | | | | 255.68 |
| SDiff 1.0-Mandated | 1.15 | 62.00 | 71.30 | 517.50 |
| Leave w/out Pay-AbsenceAp | | | | |
| Total Gross | | | 2,751.44 | 19,595.68 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 191.73 | 1,362.10 |
| TX EE Social Security Tax | 159.40 | 1,137.51 |
| TX EE Medicare Tax | 37.28 | 266.03 |
| State              Pennsylvania | | |
| TX Withholding Tax | 78.93 | 547.57 |
| TX EE Unemployment Tax | 1.93 | 13.36 |
| Local              Lower Allen Twp (Wst Shore SD) | | |
| TX Withholding Tax | 39.85 | 276.46 |
| TX Local Services Tax | 2.00 | 14.00 |
| EE Taxes | 511.12 | 3,617.03 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 127.80 | 894.60 |
| MED Buy Up/Base Cost | 52.65 | 354.07 |
| SECA One Time Deduction | | 1.00 |
| Critical Illness Ins | 20.35 | 142.57 |
| PSCOA - Union Dues | 31.95 | 222.05 |
| Emp Supp Life-PSCOA | 19.87 | 139.09 |
| Full Cov Cls A3/Cat 1,6,8 | 171.97 | 1,192.79 |
| Full  A3/Cat 1,6,8-PostTx | | 31.95 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Total Deductions | 424.59 | 2,978.12 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,815.73 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 159.40 |
| TX ER Medicare Tax | 37.28 |
| ER Basic Life | 4.70 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 67.41 |
| PR Choice PPO | 590.00 |
| ER-SERS | 854.32 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,399.02 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Maria Luz Flores                       |Personnel Number..... 00723907           |
|145 Lancaster Blvd                     |Corrections                              |
|Mechanicsburg PA   17055               |Pay Period.. 03/03/2024 - 03/16/2024     |
|                                       |Fed Tax Status:                          |
|                                       |Fed Tax Allowances:      Period: 07/2024 |
|B/U:H1     Group:35    Level:IE        |                                         |
|_____|_____|
| Pay Date       Payment Amount =      Gross     +      Reim.  -     Taxes   -     Deds. |
| 03/28/2024        1,815.73      =  2,751.44    +       0.00  -    511.12   -    424.59 |
|_____|
|_____|
|_____|

|Payroll Area      Z1                                                                    |
|_____|
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Maria Luz Flores                         |Personnel Number..... 00723907           |
|145 Lancaster Blvd                       |Corrections                              |
|Mechanicsburg PA   17055                 |Pay Period.. 03/17/2024 - 03/30/2024     |
|                                         |Fed Tax Status: Single                   |
|                                         |Fed Tax Allowances: 03   Period: 08/2024 |
|B/U:H1     Group:35     Level:IE         |                                         |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/12/2024 | 1,830.06 | = | 2,771.86 | + | 0.00 | - | 515.95 | - | 425.85 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.95 | 56.00 | 1,789.20 | 16,166.70 |
| COVID-19 Enfrcmnt Officer | | | | 511.20 |
| Combined Leave prschd | 31.95 | 16.00 | 511.20 | 2,364.30 |
| Holiday/Comp lieu Holiday | 31.95 | 8.00 | 255.60 | 1,278.00 |
| OT 1.5 | | | | 46.98 |
| OT 1.5-Mandated | | | | 47.93 |
| WalkTime 1.5-Mandated | 47.93 | 2.66 | 127.49 | 1,114.85 |
| Hol .50-Mandated | | | | 255.68 |
| SDiff 1.0-Mandated | 1.15 | 56.00 | 64.40 | 581.90 |
| Leave w/out Pay-AbsenceAp | | | | |
| Total Gross | | | 2,747.89 | 22,367.54 |
| Difference prev. Period | | | 23.97 | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 194.03 | 1,556.13 |
| TX EE Social Security Tax | 160.67 | 1,298.18 |
| TX EE Medicare Tax | 37.58 | 303.61 |
| State            Pennsylvania | | |
| TX Withholding Tax | 79.56 | 627.13 |
| TX EE Unemployment Tax | 1.94 | 15.30 |
| Local            Lower Allen Twp (Wst Shore SD) | | |
| TX Withholding Tax | 40.17 | 316.63 |
| TX Local Services Tax | 2.00 | 16.00 |
| EE Taxes | 515.95 | 4,132.98 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 127.80 | 1,022.40 |
| MED Buy Up/Base Cost | 52.65 | 406.72 |
| SECA One Time Deduction | | 1.00 |
| Critical Illness Ins | 20.35 | 162.92 |
| PSCOA - Union Dues | 31.95 | 254.00 |
| Emp Supp Life-PSCOA | 19.87 | 158.96 |
| Full Cov Cls A3/Cat 1,6,8 | 173.23 | 1,366.02 |
| Full  A3/Cat 1,6,8-PostTx | | 31.95 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Total Deductions | 425.85 | 3,403.97 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,830.06 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 160.67 |
| TX ER Medicare Tax | 37.58 |
| ER Basic Life | 4.70 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 67.91 |
| PR Choice PPO | 590.00 |
| ER-SERS | 860.66 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,418.18 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Maria Luz Flores                       |Personnel Number..... 00723907            |
|145 Lancaster Blvd                     |Corrections                               |
|Mechanicsburg PA   17055               |Pay Period.. 03/17/2024 - 03/30/2024      |
|                                       |Fed Tax Status:                           |
|                                       |Fed Tax Allowances:       Period: 08/2024 |
|B/U:H1     Group:35    Level:IE        |                                          |
|_____|_____|
| Pay Date        Payment Amount =       Gross      +    Reim.    -    Taxes    -    Deds. |
| 04/12/2024        1,830.06       =    2,771.86    +    0.00     -    515.95   -    425.85 |
|_____|
|Garnishment Type            Beg Balance        Total To Date      Remain Balance           |
|_____|
|_____|

|Payroll Area      Z1                                                                       |
|_____|
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Maria Luz Flores                         |Personnel Number..... 00723907          |
|145 Lancaster Blvd                       |Corrections                             |
|Mechanicsburg PA   17055                 |Pay Period.. 03/31/2024 - 04/13/2024    |
|                                         |Fed Tax Status: Single                  |
|                                         |Fed Tax Allowances: 03   Period: 09/2024|
|B/U:H1      Group:35     Level:IE        |                                        |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/26/2024 | 1,820.71 | = | 2,758.53 | + | 0.00 | - | 512.79 | - | 425.03 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.95 | 64.00 | 2,044.80 | 18,211.50 |
| COVID-19 Enfrcmnt Officer | | | | 511.20 |
| Combined Leave prschd | 31.95 | 16.00 | 511.20 | 2,875.50 |
| Holiday/Comp lieu Holiday | | | | 1,278.00 |
| OT 1.5 | | | | 46.98 |
| OT 1.5-Mandated | | | | 47.93 |
| WalkTime 1.5-Mandated | 47.93 | 2.69 | 128.93 | 1,243.78 |
| Hol .50-Mandated | | | | 255.68 |
| SDiff 1.0-Mandated | 1.15 | 64.00 | 73.60 | 655.50 |
| Leave w/out Pay-AbsenceAp | | | | |
| Total Gross | | | 2,758.53 | 25,126.07 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 192.53 | 1,748.66 |
| TX EE Social Security Tax | 159.84 | 1,458.02 |
| TX EE Medicare Tax | 37.38 | 340.99 |
| State            Pennsylvania | | |
| TX Withholding Tax | 79.15 | 706.28 |
| TX EE Unemployment Tax | 1.93 | 17.23 |
| Local            Lower Allen Twp (Wst Shore SD) | | |
| TX Withholding Tax | 39.96 | 356.59 |
| TX Local Services Tax | 2.00 | 18.00 |
| EE Taxes | 512.79 | 4,645.77 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 127.80 | 1,150.20 |
| MED Buy Up/Base Cost | 52.65 | 459.37 |
| SECA One Time Deduction | | 1.00 |
| Critical Illness Ins | 20.35 | 183.27 |
| PSCOA - Union Dues | 31.95 | 285.95 |
| Emp Supp Life-PSCOA | 19.87 | 178.83 |
| Full Cov Cls A3/Cat 1,6,8 | 172.41 | 1,538.43 |
| Full  A3/Cat 1,6,8-PostTx | | 31.95 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Total Deductions | 425.03 | 3,829.00 |
|---|---|---|

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,820.71 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 159.84 |
| TX ER Medicare Tax | 37.38 |
| ER Basic Life | 4.70 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 67.59 |
| PR Choice PPO | 590.00 |
| ER-SERS | 856.52 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,405.67 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Maria Luz Flores                   |Personnel Number..... 00723907         |
|145 Lancaster Blvd                 |Corrections                            |
|Mechanicsburg PA   17055           |Pay Period.. 03/31/2024 - 04/13/2024   |
|                                   |Fed Tax Status:                        |
|                                   |Fed Tax Allowances:       Period: 09/2024|
|B/U:H1     Group:35     Level:IE   |                                       |
|_____|_____|
| Pay Date       Payment Amount =       Gross      +     Reim.   -     Taxes   -     Deds. |
| 04/26/2024        1,820.71     =    2,758.53     +      0.00   -    512.79   -    425.03 |
|_____|
|_____|
|_____|
 _____
|Payroll Area      Z1                                                                      |
|_____|
```