Certificate Number: 06531-PAM-DE-038669876

Bankruptcy Case Number: 24-01338



06531-PAM-DE-038669876

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2024, at 10:07 o'clock AM CDT, Steven Flores completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 16, 2024

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor