Certificate Number: 06531-PAM-DE-038669877

Bankruptcy Case Number: 24-01338


06531-PAM-DE-038669877

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>July 16, 2024</u>, at <u>10:07</u> o'clock <u>AM CDT</u>, <u>Maria L Flores</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 16, 2024</u>          By: <u>/s/Stephanie Kjetland</u>

                                 Name: <u>Stephanie Kjetland</u>

                                 Title: <u>Credit Counselor</u>