United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Steven Flores  
Maria L. Flores  
    Debtors

Case No. 24-01338-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 18, 2024      Form ID: ntcnfhrg      Total Noticed: 42

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Flores, Maria L. Flores, 145 Lancaster Blvd., Mechanicsburg, PA 17055-3547 |
| 5620621 | | JACKSON/SIEGELBAUM GASTROENTE, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5620630 | | West Shore Endoscopy Center, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5620605 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 18 2024 18:59:01 | Affirm Inc, Affirm Incorporated Po Box 720, San Francisco, CA 94104-0720 |
| 5629499 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 18:44:35 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5621526 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2024 18:58:55 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5626211 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2024 18:58:27 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5620606 | | Email/Text: ally@ebn.phinsolutions.com | Jul 18 2024 18:42:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5620607 | ^ | MEBN | Jul 18 2024 19:40:13 | Arcadia Recovery Bureau, LLC, PO Box 6768, Wyomissing, PA 19610-0768 |
| 5620608 | | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 18 2024 18:44:29 | Best Egg, Attn: Bankruptcy, PO Box 42912, Philadelphia, PA 19101-2912 |
| 5620609 | + | Email/Text: Bankruptcy@BAMcollections.com | Jul 18 2024 18:42:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5622111 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 18:58:19 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5620610 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 18:44:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5628830 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 18:44:35 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5620611 | | Email/Text: bankruptcycollections@citadelbanking.com | Jul 18 2024 18:42:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 5620612 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 18:58:21 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5620613 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 18:58:26 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5620614 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 18:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5620615 | Email/Text: dylan.succa@commercialacceptance.net | Jul 18 2024 18:42:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Rd, Ste 102, Camp Hill, PA 17011-7303 |
| 5620616 | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2024 18:58:15 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5620631 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 18 2024 18:42:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5621974 | Email/Text: mrdiscen@discover.com | Jul 18 2024 18:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5620617 | Email/Text: mrdiscen@discover.com | Jul 18 2024 18:42:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5620618 | Email/Text: bnc-bluestem@quantum3group.com | Jul 19 2024 11:26:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5620619 | Email/Text: bnc-bluestem@quantum3group.com | Jul 19 2024 11:26:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5620620 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 18 2024 18:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5620632 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2024 18:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5629973 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 18 2024 18:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5623632 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 18:44:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5620622 | Email/Text: EBN@Mohela.com | Jul 18 2024 18:42:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5620623 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 18:44:29 | Ollo Card Services, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5620624 | Email/PDF: cbp@omf.com | Jul 18 2024 18:44:42 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5620635 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2024 18:42:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5620633 | Email/Text: fesbank@attorneygeneral.gov | Jul 18 2024 18:42:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5620625 | Email/PDF: ebnotices@pnmac.com | Jul 18 2024 18:44:35 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5629591 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 18:59:03 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5620626 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 18:44:35 | Syncb/Car Care Pep B, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5620627 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 18:44:34 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5620628 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 18:44:42 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5620634 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jul 18 2024 18:42:00 | U.S. Department of Justice, PO Box 227, Ben |

| | | | |
|---|---|---|---|
| 5620629 | ^ MEBN | | Franklin Station, Washington, DC 20044 |
| | | Jul 18 2024 19:40:15 | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5620636 | ^ MEBN | Jul 18 2024 19:40:14 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 2 Maria L. Flores jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Steven Flores jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Steven Flores, | Chapter 13 |
| **Debtor 1** | |
| Maria L. Flores, | Case No. 1:24−bk−01338−HWV |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**August 21, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: August 28, 2024<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 18, 2024 |

ntcnfhrg (08/21)