# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>STEVEN FLORES<br>MARIA L FLORES | CASE NO: 24-01338<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/23/2024, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/23/2024

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 24-01338 |
|---|---|
| STEVEN FLORES | **CERTIFICATE OF SERVICE** |
| MARIA L FLORES | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 8/23/2024, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/23/2024

_Miles Wood_
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-01338<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI AUG 23 10-30-32 PST 2024 | ALLY BANK  CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ~~(U)PENNYMAC LOAN SERVICES  LLC~~ |
| EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG  PA 17102-1104~~ | AFFIRM INC<br>AFFIRM INCORPORATED PO BOX 720<br>SAN FRANCISCO  CA 94104-0720 | ALLY BANK<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| ALLY BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE  SC 29603-0368 | EXCLUDE<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ | ALLY FINANCIAL  INC<br>ATTN BANKRUPTCY<br>500 WOODWARD AVE<br>DETROIT  MI 48226-3416 |
| ARCADIA RECOVERY BUREAU  LLC<br>PO BOX 6768<br>WYOMISSING  PA 19610-0768 | BEST EGG<br>ATTN BANKRUPTCY<br>PO BOX 42912<br>PHILADELPHIA  PA 19101-2912 | BUREAU OF ACCOUNT MANAGEMENT<br>3607 ROSEMONT AVENUE  SUITE 502<br>PO BOX 8875<br>CAMP HILL  PA 17001-8875 |
| (P)DEPARTMENT OF LABOR  INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | CACH  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |
| CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 | CITADEL CREDIT UNION<br>ATTN COLLECTIONS<br>520 EAGLEVIEW BLVD<br>EXTON  PA 19341-1119 | CITADEL FCU<br>ATTN BANKRUPTCY<br>520 EAGLEVIEW BLVD<br>EXTON  PA 19341-1119 |
| CITIBANK<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS  MO 63179-0040 | CITIBANKTHE HOME DEPOT<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS  MO 63179-0040 | COMENITYCAPITALBOSCOV<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 |
| COMMERCIAL ACCEPTANCE COMPANY<br>ATTN BANKRUPTCY<br>2300 GETTYSBURG RD<br>STE 102<br>CAMP HILL  PA 17011-7303 | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>6801 S CIMARRON RD<br>LAS VEGAS  NV 89113-2273 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY  OH  43054-3025 |
| DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | FINGERHUT<br>ATTN BANKRUPTCY<br>6250 RIDGEWOOD RD<br>SAINT CLOUD  MN 56303-0820 | FINGERHUT FETTIWEBBANK<br>ATTN BANKRUPTCY<br>6250 RIDGEWOOD RD<br>SAINT CLOUD  MN 56303-0820 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GOLDMAN SACHS BANK USA<br>ATTN BANKRUPTCY<br>PO BOX 70379<br>PHILADELPHIA  PA 19176-0379 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JACKSONSIEGELBAUM GASTROENTE<br>2300 GETTYSBURG RD<br>CAMP HILL  PA 17011-7303 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE  SC 29603-0368 |
| (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | (P)PENNSYLVANIA OFFICE OF ATTORNEY<br>GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT<br>SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | OLLO CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 9222<br>OLD BETHPAGE  NY 11804-9222 |
| ONE MAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946  ATTNBANKRUPTCY<br>HARRISBURG  PA 17128-0946 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PENNYMAC LOAN SERVICES  LLC<br>PO BOX 2410<br>MOORPARK  CA 93020-2410 | PENNYMAC LOAN SERVICES  LLC<br>ATTN CORRESPONDENCE<br>UNIT PO BOX 514387<br>LOS ANGELES  CA 90051-4387 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 |
| RESURGENT CAPITAL SERVICES<br>AS SERVICING AGENT FOR BEST EGG<br>PO BOX 10587<br>GREENVILLE  SC  29603-0587 | RESURGENT RECEIVABLES  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC  29603-0587 | SYNCBCAR CARE PEP B<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 |
| SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | (P)U S  DEPARTMENT OF JUSTICE TAX<br>DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 |
| UPMC IN CENTRAL PA<br>PO BOX 2353<br>HARRISBURG  PA 17105-2353 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG  PA 17108-1754 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG  PA 17102-1104~~ |
| WEST SHORE ENDOSCOPY CENTER<br>2300 GETTYSBURG RD<br>CAMP HILL  PA 17011-7303 | (P)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG  PA 17102-2151~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~
~~MARIA L FLORES~~
~~145 LANCASTER BLVD~~
~~MECHANICSBURG, PA 17055-3547~~

~~EXCLUDE~~
~~STEVEN FLORES~~
~~145 LANCASTER BLVD~~
~~MECHANICSBURG, PA 17055-3547~~